STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7332
Facsimile: (415) 436-6748
david.devito@usdoj.gov

Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>AILEEN S. GUEVARRA, PRESIDENT,<br>FIL-AM 2 CUISINE RESTAURANT, INC.,<br><br>    Respondent. | Case No. 3:23-cv-00184<br><br>[PROPOSED] ORDER TO SHOW CAUSE WHY INTERNAL REVENUE SERVICE SUMMONS SHOULD NOT BE ENFORCED |

Good cause having been shown by the Petitioner upon its petition filed in the above-entitled proceeding, it is hereby:

ORDERED that Respondent AILEEN S. GUEVARRA, in her capacity as President of FIL-AM 2 CUISINE RESTAURANT, INC., appear before this Court on the  28th  day of  March , 2023, at  10:00  a.m. ~~/p.m.~~, in Courtroom No.  2 ,  5th  Floor, United States District Court, 280 South First Street, San Jose ~~450 Golden Gate Avenue, San Francisco~~, California, and then and there show cause, if any, why Respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon Respondent as alleged and set forth in particular in said petition; and it is further:

ORDERED that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said Respondent in accordance with Rule 4 of the Federal Rules of Civil

[PROPOSED] ORDER TO SHOW CAUSE
1

Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further:

ORDERED that within twenty-one (21) days before the return date of this Order, Respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion Respondent desires to make, that the Petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

ORDERED this 23rd day of January, 2023.

*Virginia K. DeMarchi*
~~UNITED STATES DISTRICT JUDGE~~

Virginia K. DeMarchi
United States Magistrate Judge